NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1521

KAROLD REBERT

VERSUS

QUALITY MARINE SERVICE, INC., ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF IBERIA, NO. 89991,
HONORABLE CHARLES L. PORTER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

MICHAEL G. SULLIVAN
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Billie Colombaro Woodard, and Michael G. Sullivan, Judges.

AFFIRMED.

Michael S. Harper
Harper Law Firm
Post Office Box 2020
Lafayette, Louisiana 70502
(337) 233-8685
Counsel for Plaintiff/Appellant:
      Karold Rebert

Jean-Louis Lemoine
Juneau Law Firm
Post Office Drawer 51268
Lafayette, Louisiana 70505-1268
(337) 269-0052
Counsel for Defendant/Appellee:
      Air-Jac Drilling, Inc.
      Veritas DGC/Land, Inc.